

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2013

No. 04-11-00443-CV
No. 04-11-00649-CV

Pamela **SCHEEL** and Gary Poenisch
Appellants

**v.**

Brian **ALFARO** and Primera Energy Partners, L.L.C.
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-11604
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration and motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court